UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

STEVEN BRATTON GREENLEE,

Defendant.

Case No. CR05-5151FDB

ORDER STAYING MOTION FOR RECONSIDERATION

Before the court is Defendant's motion for reconsideration of denial of funds for psychological evaluation. Defendant has requested, in the alternative, that his application be submitted to the CJA Standing Committee for approval.

ACCORDINGLY,

IT IS ORDERED:

(1) Defendant's motion for reconsideration (Dkt.#24 ) shall be **stayed** pending submission of Defendant's application to the CJA Standing Committee.

DATED this 29th day of August, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1